IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE, INDIANA

| | |
|---|---|
| **OLIVIA PHILLIPS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Cause No.: 1:22-cv-471 |
| | ) |
| **LUTHERAN LIFE VILLAGES,** | ) |
| | ) |
| **Defendant.** | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of her Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

**JURISDICTION**

1. This Court has jurisdiction over Plaintiff's federal claim under 28 U.S.C. §§ 1331 and 1343.

2. Venue in the United States District Court for the Southern District of Indiana is proper pursuant to 28 U.S.C. § 1391.

3. This suit is authorized and instituted pursuant to Title VII 42 U.S.C. § 2000e. and 42 U.S.C. § 1981 as amended by the Civil Rights Act OF 1991, and the Pregnancy Discrimination Act.

4. Plaintiff filed a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice to sue on September 21, 2021.

**PARTIES**

5. Plaintiff is a Mexican-American disabled female and at all relevant times she resided in the Northern District of Indiana.

6. Defendant is a corporation doing business in the State of Indiana in the Northern District of Indiana.

## FACTS

7. Plaintiff is a woman.

8. Plaintiff was hired by Defendant on November 2015.

9. Plaintiff performed her job well.

10. Plaintiff's direct Manager worked with Plaintiff to develop a job description for an Assistant Director position for the Plaintiff.

11. Plaintiff's direct Manager held the Plaintiff out as her Assistant Director to interviewees.

12. Plaintiff's direct Manager told the Plaintiff not to tell the Corporate Operating Officer (COO) that the Plaintiff was pregnant.

13. The COO was upset about the Plaintiff going to Human Resources regarding complaints made to the Plaintiff about another manager making derogatory comments about Mexican Americans.

14. The COO did not want the Plaintiff to make a statement to Human Resources regarding the specific comments made by another manager that was derogatory to Mexican Americans.

15. The COO turned down the Plaintiff for two promotions.

16. The COO turned down the Plaintiff due to her having two small children.

17. Another Caucasian female with less experience was promoted to Director.

18. The Defendant paid Mexican Americans less than other Caucasians.

19. Plaintiff was discharged due to engaging in protected activity.

20. Plaintiff was discharged due to her race.

21. Plaintiff was discharged due to her national origin.

22. Defendant failed to promote the Plaintiff due to her race.

23. Defendant failed to promote the Plaintiff due to her national origin.

24. Defendant failed to promote the Plaintiff due to her pregnancy.

### COUNT I: Violation of Title VII– Failure to Promote

25. Plaintiff adopts and realleges all allegations contained in ¶ 1- 24.

26. Defendant, as a result of failing to promote Plaintiff due to her race and national origin, violated Title VII.

### COUNT II: Violation of Title VII– DISCHARGE

27. Plaintiff adopts and realleges all allegations contained in ¶ 1- 24.

28. Defendant, as a result of discharging the Plaintiff due to her race and national origin, violated Title VII.

### COUNT III: Violation of Title VII– Engaging in Protected Activity

29. Plaintiff adopts and realleges all allegations contained in ¶ 1- 24.

30. Defendant, as a result of discharging the Plaintiff due to her engaging in protected activiy, violated Title VII.

### COUNT IV: Sec. 1981 – Failure to Promote

31. Plaintiff adopts and realleges all allegations contained in ¶ 1- 24.

32. Defendant, as a result of failing to promote Plaintiff due to her race and national origin, violated 42 U.S.C. § 1981.

33. Defendant, as a result of as a result of failing to promote Plaintiff due to her pregnancy, violated the Pregnancy Discrimination Act.

## COUNT IV: Sec. 1981 – Discharge

34. Plaintiff adopts and realleges all allegations contained in ¶ 1- 24.

35. Defendant, as a result of discharging Plaintiff due to her race and national origin, violated 42 U.S.C. § 1981.

## COUNT VI: Sec. 1981 – Engaging in Protected Activity

36. Plaintiff adopts and realleges all allegations contained in ¶ 1- 24.

37. Defendant, as a result of discharging the Plaintiff due to her engaging in protected activity, violated 42 U.S.C. § 1981.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff liquidated damages;

E. Award Plaintiff his cost in this action and reasonable attorney fees;

F. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted,

/s/Julie C. Alexander

Julie C. Alexander  (25278-49)
**AMBER BOYD ATTORNEY AT LAW**
8510 Evergreen Avenue
Indianapolis, IN 46240
Office: 317-210-3416
Julie@amberboydlaw.com

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully Submitted,

/s/Julie C. Alexander
Julie C. Alexander  (25278-49)
**AMBER BOYD ATTORNEY AT LAW**
8510 Evergreen Avenue
Indianapolis, IN 46240
Office: 317-210-3416
Julie@amberboydlaw.com