IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE INDIANA

| | |
|---|---|
| OLIVIA PHILLIPS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO.: 1:22-cv-00471-HAB-SLC |
| LUTHERAN LIFE VILLAGES, | ) ) ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Parties, by counsel and pursuant to Rule 41(a), stipulate and agree that the above-entitled cause may be dismissed (with prejudice), COSTS PAID, as the matter has been fully compromised and resolved.

**AMBER BOYD LAW**                                            **HUNT SUEDHOFF KEARNEY, LLP**

/s/ *Amber K. Boyd*                                                     /s/ *Michelle K. Floyd*
Amber K. Boyd, Attorney #31235-49                   Michelle K. Floyd Attorney #29249-02
8510 Evergreen Avenue                                        803 South Calhoun Street, Suite 900
Indianapolis, IN 46240                                           Fort Wayne, IN  46802

*Attorney for Plaintiff*                                                *Attorney for Defendant*